IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CORY DEAN RENAUD,

     Plaintiff,                         JUDGMENT IN A CIVIL CASE

     v.                                Case No.  14-cv-381-jdp

VILAS COUNTY, WISCONSIN,
STATE OF WISCONSIN, VILAS COUNTY
OFFICIALS, JUDGE NIEL A. NIELSEN, III,
MIKE OLKOWSKI, VILAS COUNTY
SHERIFFS DEPARTMENT AND JAIL
ADMINISTRATOR BILL WEISS,

     Defendants.

---

     This action came before the court for consideration with District Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

---

     IT  IS  ORDERED  AND  ADJUDGED  that judgment is entered in favor of defendants dismissing plaintiff Cory Dean Renaud's complaint, without prejudice, because his claims are barred by *Heck v. Humphrey*, 512 U.S. 477 (1994).

     /s/                                     October 21, 2014

| Peter Oppeneer, Clerk of Court | Date |
| --- | --- |